436

GIDDINGS, Respondent, v. NEFSY, et al, Appellants.

(218 N. W. 18.)

(File No. 5604.  Opinion filed February 28, 1928.)

*Henry Frawley,* of Deadwood, and *Fuller & Robinson,* of Pierre, for Appellants.

*Stephens, McNamee, O'Keeffe & Stephens,* of Pierre, for Respondent.

CAMPBELL, J.  This matter is now before us on rehearing. For the former opinion, see 51 S. D. 72, 212 N. W. 507.  Upon further consideration, the former opinion is adhered to.

SHERWOOD and BROWN, JJ., concur.

BURCH, P. J., and POLLEY, J., dissent.